# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

THOMAS M. JAMES,                      )
                                      )
                     Plaintiff,       )
         vs.                          )          1:09-cv-1204-WTL-TAB
                                      )
GEO GROUP, INC., et al.,              )
                                      )
                     Defendants.      )

# E N T R Y

Plaintiff Thomas James' complaint was found to have violated the joinder of claims limitation of the *Federal Rules of Civil Procedure*. In *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), the Court of Appeals explained that such a nonconforming complaint must be "rejected." "Unrelated claims against different defendants belong in different suits." *Id.* at 607. Accordingly, George's complaint was "rejected" and he was given a period of time in which "to file an amended complaint which does not violate Rule 18." Although the deadline for James to have done so has passed without an amended complaint having been filed, he received and has responded to the court's Entry.

The plaintiff's motion to amend/correct (dkt 9) and the plaintiff's motion for leave to amend (dkt 8) are each **granted in part and denied in part,** consistent with the following:

1.       The plaintiff shall have through January 13, 2010, in which to file an amended complaint as previously directed.

2.       The plaintiff's request for relief from the strictures of Rule 18 is **denied.**

3.       The plaintiff's request to reconsider any feature of the Entry of November 23, 2009, is **denied.**

4.       All other relief which can be understood as sought in such motions is **denied.**

**IT IS SO ORDERED.**

*William T. Lawrence*

Date: 12/28/2009

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Thomas M. James
98106
Barchey Unit, 2-F-22
ASDC-LEIS
P.O. Box 3200
Buckeye, AZ 85326