Thomas M. James
ADC #98106
ASPC-Lewis-Barchey Unit
2-F-22
P.O. Box 3200
Buckeye, Az., 85326

United States District Court
Southern District of Indiana

NO: 1:09-CV-1204-WTL-TAB.

State of Arizona )
                 ss: of
County of Maricopa )
    ss: Thomas M. James

Thomas M. James,
    Plaintiff,
v.
Geo. Group, Inc, et. al.,
    Defendants.

Affidavit In Support of Plaintiff's Motion for the Appointment of Counsel.

Hon: Judge/William T. Lawrence-

Thomas M. James, ADC #98106, being duly sworn, deposes and says:

1) I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2) The complaint in this case alleges that plaintiff was subject to "mistreatment" of "serious medical needs" and "misuses of authority", some defendants whom actively retaliated and others of whom were notified about medical condition and failed to intervene, resutling in consealing medical condistion and to—

(1)

complete medical file obtained while plaintiff was located at (n.c.c.f.) by (cms) medical, for both injuries that occurred. The plaintiff was and is still to this date subsequently denied any treatment or pain relief. Plaintiff was denied, ordered movement to "lower-level-lower bunk" by Doctor and medical treatment by (cms) (RN's) and by prison medical administrator, whom was aware of these injuries existed, and nothing was done to provide timely medical treatment and/or any treatment (in count II) for the plaintiff. Still to this day plaintiff has to deal with pain and migrains after eating, where both teeth do not aline with top teeth, denture does not work cornetly when eating, and bottom teeth shift as the Jaw bone moves up into the plaintiffs skull, causing bleeding and swelling in bottom teeth for days, every time Jaw bone moves. This bleeding and swelling with head acks can last for days at a time. T.M.J. (lock-Jaw) is very posible in this case to occurr in time.

3) This is a complex case, because it contains several underlying issues that support the legal claims raised, and plaintiff has no real access to a law library or avicate to help with documents who is trained in law, (see Rule 31, Arizona Rules of the Supreme Court), no Indiana Rule Books, or case laws, etc. etc., to help plaintiff to do-

(2)

- research and/or prepare documents.

4) Plaintiff demands a trial in this matter before the Court to correct injustices that occurred by defendants.

5) <u>Geo-Group, Inc.</u>, and <u>(N.C.C.F.)</u> and <u>(A.P.O.C.)</u> all have in some way, retaliated against the plaintiff concerning these issues before the Court, and a lawyer is necessary to provide assistance in preventing any further retaliation to plaintiff.

6) The case involves serious medical issues that involve/or may require expert medical testimony.

7) The case will require discovery of documents and depositions of a number of witnesses, and copies of "<u>M.R.I.</u>" and "<u>Cat-Scan taken in Arizona on 12/08.</u>"

8) The testimony will be in sharp conflict, since the plaintiff alleges that the defendants mistreated him and concealed medical file.

9) The plaintiff has only a high-school education and has no legal education.

(3)

10) The plaintiff's injuries happened while in the custody of GEO-Group, Inc, (N.C.C.F.) and both Indiana State Corrections and (A.D.O.C.) had Jurisdiction over the plaintiff, concerning "all" legal or medical care and control issues.

11) The plaintiff is now located at: ASPC-Lewis - Barchey Unit, P.O. Box 3200, Buckeye, Arizona, 85326, and is very limited to "any" legal material and has no ability to investigate out-of-state, facts of the case, for example, by locating out of state witnesses and interviewing the witnesses or other inmates who were present the days needed to show cause as true and correct.

12) As set forth in the Memorandum of law submitted with this Motion, these facts, along with the legal merit of the plaintiff's claims support the appointment of Counsel to represent the plaintiff in this case.

Wherefore, the plaintiff's motion for the appointment of Counsel should be granted.

_Thomas M. James_
Thomas M. James

OFFICIAL SEAL
JANET F. TABOR
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 20, 2012

Sworn to before me this ___7___ day of _January_, 2010.

_Janet T Tabor_     10/20/2012
Notary Public:          My Commission Expires:

(4)