# ATTACHMENT # 1

Dr. Ronald C. Quintia, DDS
6369 E. Tanque Verde
Suite 230
Tucson, Az, 85715

1/7/2009
Date:

RE: Inplants / Thomas M. James:

Dear Dr. Quintia;

Hello. I asure you this is a good letter to you. I'm just clarifing what I asked you to refurr for a minor sugery to eleveate migrain and other head pains I receive on a daily bases. I do believe the studs put in (two on top and Two — on bottom) will stabilize the Jaw better, in order to make snap-in-dentures, so the bottom Jaw line will always have the "Inplant teeth" to keep Jaw alined. By haveing regular dentures, will not stabilize the Jaw line and as I feel it every day, the tendon pulling the Jaw (bottom Jaw) up to the top and the bone in my head "snaps" some times like it's moving. This also effects the other Jaw Joint on the right side, were I'm getting pains now and then on that

My copy:
(1)

side as well. This pain only gets worse every day that go's by. The bottom teeth are bending to put presure on my top teeth, losing them, pushing them out, so to say, and soon if I don't get this — stabilized with studs, then it feels like my jaw will just tighten up and I wont get to eat or talk or even think correctly any more. Oh yah, I get presure on the left eye, and Dizzy spells and fuzzy with the left eye. This never ever happened before. Just sence the injury happened.

I'm also asking you to ask A.D.O.C. to let you put the studs in only 4, top and bottom, with snapin-dentures, and tell them why, medically that I should have this done, in order, so if they denie me, my lawyer can take the proper legal ave. to get A.D.O.C. to do this. I want you to do it. I'm not asking you to take sides here, just tell the truth. I have a legal claim here and your not involved with this on the legal end, just the Dr. to fix the

(3)

what the Indiana Docter should have done while I was their. Your files and records and the X-Rays will be needed by my attorney, and he will either get a Court order or "what" ever is done to get the medical records, he will do it. I'm just letting you know what my request is to you and from my understanding that this bottom Jaw needs to be stabilized permanetly. Thank You and if you can send me what you returned to A.D.O.C. to me, that would be great. Then that way I will be reasuned that you and I are on the same page. Thats all I ask of you. I also ask that if it gets approved for you to do this later down the road, I will be wanting to get the future records as well. Please keep me informed to what A.D.O.C. is saying and corispond s/s/a/p.

Sincerly,
Thomas M. Quinn
ADOC # 98106

See Affidavit attached:

(3)

Additional Requests:

1) Please request a medical hold so I stay here at Santa Rita-Unit at ASPC-Tucson, P.O. Box 24406, Tucson Az. 85734, and

2) I need a stronger pain relief for Migrains. I'm now taking ACETAMIN/ASA/CAFF-250-250-65 TB. These really don't work and are up setting my Stomach. I'm also taking Ibup--rofen 800 mg TB. The Ib's work somewhat and wish to keep them for day time use. I need pain relief mainly at night and when the whother is cold at (night or day) so please respond, and/or prescribe me some relief. ?

Thomas M. Jenks

(4)

Date: 1/7/2009

## 306. CONSENT FOR RELEASE OF INFORMATION

Consent to inspection and copying of hospital records whose confidentiality is protected by Federal Law.

Disclosure with Client's Consent as Per Title 42, Chapter 1, Part 2, Federal Register, Tuesday, July 1, 1974, Volume 40 #127 Part IV.

Name of Client: **Thomas M James / 98106 (A.D.O.C.)**

Date of Birth: **3-18-61** SS #: **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**

Disclosure of Information Requested of: **Request for implants to ADOC / 2nd answer**

Disclosure made to: **Thomas M. James / 98106 (A.D.O.C.)**

For the purpose of: **Review / Civil action**

Extent or nature of information to be Disclosed (this to include all information pertaining to all drug, alcohol and/or substance abuse): _____

Duration of Consent: **12/31/08 to Date received**

It is herein understood that this consent for disclosure is subject to revocation by the client at any time except to the extent that action has already been taken on that consent. Without express revocation, consent will expire after or when the client terminates continuous treatment. However, for persons on probation or parole, if consent is given for disclosure to the criminal justice system, this consent may not be revoked.

Date Signed **1/7/2009** WITNESS: _____

Client Signature: **Thomas M. James** or Authorized Person: _____
per 2.15 or 2.16

Per Federal regulations: No disclosures can be made on a form which does not conform to Federal Regulations and contain the above data. Further, if the document appears false, information will not be disclosed until the matter is cleared up.

### INFORMATION RELEASE AUTHORITY

Thomas M. James / client
ADC # 98106
ASPC - Tucson
Santa-Rita-Unit
P.O. Box 24406
Tucson, AZ, 85734

## Affidavit of Thomas M. James:

I, Thomas M. James, being of Sound mind and over the age of Twenty-One (21) years, do hereby depose and state the following after being duly Sworn in accordance to law:

1) I, Thomas M. James, am the claimant in the Amendent to Notice of Claim pursuant to: 42 USC §1983, 28 USC §§ 1871, 1997(e), filed with the Risk Mangement (Sections) in the State of Arizona and State of Indiana.

2) Do to the (facts) of the illegal-relocation (by Arizona (ADOC) and the GEO Group, (N.C.C.F.) in New Castle Indiana, the claimant was put in harms way on three occasion(s). See Amendment To Notice of Claim pursuant to: 42 USC §1983, 28 USC §§ 1871, 1997(e) and Attachments thereto as #2 and #3, found in this packet. (was refused appropriate and timely medical care at (N.C.C.F.) by (CMS) which created unnecessary pain and suffering — staff infection caused by CMS neglect).

(1)

A) See Attachments #2 and #3, concerning staff infection, and

B) Claimant was illegally forced to be relocated to the (N.C.C.F.) at New Castle Indiana while the 4/24/2007 riot had occurred, and

C) was refused appropriate medical care, and for failure to do surgury on the broken Jaw within the 10 week window of opportunity, to do so, and as it has been now analyzed as a irreparable injury, where Claimant will suffer a (life time) of pain and discomfort, with migrains and eating and talking problems. See the Attachments at #3 and #5 enclosed in this packet to better understand claim.

3) On 12/30/2008, when Dr. Ronald C. Quintia, DDS had reviewed and shown claimant his M.R.I. X-Ray in his office, Doctor told Claimant his injury to his broken Jaw bone is irrepairable (this will be Put in Doctors final report). Dr. Quintia discussed with Claimant, while staff members were present in the room that their is a chance minor repair can be done to try to eleveate some of the pain and migrains.

(2)

This can be done by putting 2 studs in the top of the Jaw bone (for caps) and 2 studs in the bottom Jaw bone (for caps) for snap on (snap-in) dentures. This would stabilize the incents (for top and bottom) teeth. The dentures would snap in and no slippage would occurr. These dentures would need to be built costom (both top and bottom) in order to aline any type of over or under bit that would exist. Then claimant would be able to chew (eat) food and talk properly. Dr. Quintia told Claimant that (A.D.O.C.) will not pay for this procedure to be done and only will provide "regular style" dentures. Regular dentures will pop-out while eating and talking and will cause much irritation to the gums and mouth. Dr. Quintia will request the studs and snap-in dentures to be the appropriate procedure to follow, but assures Claimant (A.D.O.C.) will deny this procedure to be done. (A.D.O.C.) will cite this as inappropriate procedure, as cosmedic surgery. See <u>information to contact Dr. Ronald C. Quintia attached to this affidavit.</u>

(3)

4) The regular style dentures, pop-out to be cleaned. By not having studs to stablize the Jaw line, this will also create pain and suffering, where the Jaw line will not have perminite teeth implanted to keep the bottom Jaw from pushing up into the Claimant's head. The left Jaw Joint bone was broke out of the socket and is twisted to the side of the skull it self, not attached at all and creates pain and migrains daily. If the procedure of putting in the studs and snap-in dentures would be the proper procedure medically, then it should be done to eleveate any further complications of the Jaw bone moving up closer to the skull or brain.

5) Claimant adds the following relief to be added to his Notice of Claim: To grant Dr. Quintia to preform this procedure to eleveate further complications and/or more damage, as mention above, and/or grant the Claimant compensation to contract Dr. Quintia to preform this necessary procedure concerning Claimants health needs for a normal life.

(4)

6) The claimant has exhausted all of his administration(s) (A.D.O.C.) and/or Indiana grievance procedures and have not waived in any way (any) time of (any) of the steps or (any) other steps of the grievance process while in Indiana and/or while in Arizona (A.D.O.C.).

7) The Claimant does not waive any further relief that he may obtain in a Court of law in future proceedings.

8) The Claimant demands a Jury trial if compensation can not be agreed upon.

9) I swear all statements made herein are true and correct to the best of my knowledge and ability under penalty of perjury. (28 USC § 1746).

_Thomas M. James_
Thomas M James
claimant

Subscribed and Sworn to me: January 16th, 2009

OFFICIAL SEAL
JON K. MEADE
Notary Public - State of Arizona
PIMA COUNTY
My Comm. Expires June 1, 2009

June 1, 2009

Notary Public.                My Commission Expires:

# SOUTHERN ARIZONA
## ORAL & MAXILLOFACIAL SURGERY

### Ronald C. Quinn, DDS

6369 East Tanque Verde, Suite 230 • Tucson, AZ 85715 • 520-290-6800

Diplomate, American Board of
Oral and Maxillofacial Surgery

Fellow, American Association of
Oral and Maxillofacial Surgeons

