UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

THOMAS M. JAMES,                            )
                                            )
            Plaintiff,                      )
    vs.                                     )      1:09-cv-1204-WTL-TAB
                                            )
GEO GROUP, INC., et al.,                    )
                                            )
            Defendants.                     )

**Entry Discussing Amended Complaint
and Again Directing Further Proceedings**

**I.**

Thomas M. James' civil rights complaint was "rejected" in accord with the holding of *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007), because it violated the joinder of claims limitation of the *Federal Rules of Civil Procedure*. Simply stated, "a civil plaintiff may not name more than one defendant in his original or amended complaint unless one claim against each additional defendant is transactionally related to the claim against the first defendant and involves a common question of law or fact." *Garcia v. Munoz,* 2008 WL 2064476, at *3 (D.N.J. May 14, 2008).

James was given the opportunity to file an amended complaint which did not violate Rule 18. His sprawling amended complaint on January 15, 2010, however, likewise violates Rule 18. The amended complaint, therefore, is also "rejected" pursuant to *George.*

**II.**

Final judgment will not issue at this time. *Benjamin v. United States,* 833 F.2d 669, 671 (7th Cir. 1987). Instead, James will once against have the opportunity to file an adequate amended complaint–to be labeled, if filed, "second amended complaint."

James shall have **through March 26, 2010,** in which to **file a second amended complaint.** The second amended complaint is to comply with the *Federal Rules of Civil Procedure*, including Rule 8, 10, and 18. The second amended complaint, if filed, is to conform to the following guidelines:

   (a) the second amended complaint shall comply with the requirement of Rule 8(a)(2) of the *Federal Rules of Civil Procedure* that pleadings contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . . ";

(b) the second amended complaint shall comply with the requirement of Rule 10 that the allegations in a complaint be made in numbered paragraphs, each of which should recite, as far as practicable, only a single set of circumstances;

(c) the second amended complaint must identify what legal injury he claims to have suffered and what persons are responsible for each such legal injury;

(d) the second amended complaint shall contain a clear statement of the relief which is sought; and

(e) the second amended complaint should not include legal arguments, citations or extraneous factual allegations unrelated to the claims.

### III.

If a second amended complaint is filed as directed in Part II of this Entry, the court will screen it as required by 28 U.S.C. § 1915A. If a second amended complaint is not filed as directed in Part II of this Entry, the action will be dismissed without further notice to the plaintiff.

A copy of the amended complaint (dkt 15) shall be included with James' copy of this Entry.

**IT IS SO ORDERED.**

Date: 02/24/2010

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

THOMAS M. JAMES
# 98106
ASDC-LEIS
BARCHEY UNIT, 2-F-22
P.O. Box 3200
Buckeye, AZ 85326

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.