UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS M. JAMES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:09-cv-1204-WTL-TAB |
| | ) |
| DR. ELI LORENZO, OFFICER LEFLORE, AND DR. NICOLAS VILLANUSTRE, | ) ) ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT'S MOTION TO DISMISS**

Comes now the Defendant, Dr. Lorenzo Eli (erroneously identified as Dr. Eli Lorenzo), by counsel (who has appeared by Special Appearance for the sole purpose of challenging service) and for his Motion to Dismiss Plaintiff's Complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure states the following:

1. On September 25, 2009, Plaintiff filed his initial Complaint against Dr. Eli and numerous other Defendants. (Dkt. 1)

2. On November 23, 2009, this Court rejected Plaintiff's entire Complaint and allowed Plaintiff up to December 10, 2009 to file an Amended Complaint which did not violate Rule 18. (Dkt. 7)

3. Following Plaintiff's Motion for Extension of Time, this Court allowed Plaintiff up to January 13, 2010 to file his Amended Complaint. (Dkt. 11)

4. On January 15, 2010, Plaintiff filed his Amended Complaint against Dr. Eli and numerous other Defendants. (Dkt. 15)

5. On February 24, 2010, this Court allowed Plaintiff up to March 26, 2010 to file a Second Amended Complaint. (Dkt. 19) On March 16, 2010, this Court allowed Plaintiff up to April 5, 2010 to file his Second Amended Complaint. (Dkt. 23)

6. On or about April 6, 2010, Plaintiff filed his Second Amended Complaint against Dr. Eli and numerous other Defendants. (Dkt. 24)

7. Rule 4(m) of the Federal Rules of Civil Procedure states that if a defendant is not served within 120 days after the Complaint is filed, the court **must** dismiss the Complaint if the Plaintiff cannot show good cause for the failure. F.R.C.P. 4(m). (Emphasis added.)

8. To this day, Dr. Eli has **never** been served in this matter.

9. Plaintiff's initial Complaint was filed on September 25, 2009, approximately 355 days ago. Dr. Eli was never served.

10. Plaintiff filed his Amended Complaint on January 15, 2010, approximately 242 days ago. Dr. Eli was never served.

11. Plaintiff filed his most recent Second Amended Complaint on April 6, 2010, approximately 162 days ago. Again, Dr. Eli has never been served.

12. Plaintiff has failed to effectuate service on Dr. Eli for well over the 120 day required period pursuant to FRCP 4(m).

13. Nor has Plaintiff demonstrated "good cause" as to why he has been unable to serve Dr. Eli for nearly a year following his initial Complaint.

14. Plaintiff has been able to serve other Defendants in this matter; therefore, he has no justification for failing to serve Dr Eli and Plaintiff's claims against Dr. Eli should be dismissed.

WHEREFORE, Defendant Dr. Lorenzo Eli, prays that this Court dismiss Plaintiff's claims against Dr. Eli for Plaintiff's failure to effectuate service within 120 days as required by FRCP 4(m), and for all other just and proper relief in the premises.

Respectfully submitted,

s/Jeb A. Crandall
Jeb A. Crandall, #26323-49

Jeb A. Crandall
James F. Bleeke, #4331-49
Brandon G. Milster, #27969-41
Sweetin & Bleeke, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
(317) 567-2222
Fax: (317) 567-2220
jeb@sweetinbleeke.com
jim@sweetinbleeke.com
brandon@sweetinbleeke.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16th, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

N/A

I hereby certify that on September 16th, 2010, a copy of the foregoing was mailed, by first class mail U.S. Mail, postage prepaid and properly addressed to the following:

Thomas M. James, #98106
Arizona State Prison
ASPC-Douglas
Mohaue North
P.O. Box 5002
Douglas, AZ 85608

s/ Jeb A. Crandall