UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THOMAS M. JAMES,

    PLAINTIFF

v.

DOCTOR ELI LORENZO; DAN LEFLORE;
AND DOCTOR NICOLAS P.
VILLANUSTRE, M.D.,

    DEFENDANTS.

CAUSE NO. 1:09-CV-1204-WTL-TAB

## ANSWER TO SECOND AMENDED COMPLAINT

Comes now the Defendant, Dan Leflore, by counsel, and for his Answer to the Second Amended Complaint states as follows:

1. Plaintiff's Second Amended Complaint ("Complaint") uses a Form 1983 Complaint that is routinely provided to incarcerated individuals. However, the Complaint also contains additional pages that are difficult to follow and are written in a narrative form. Defendant has attempted below to answer each and every allegation pertaining to him. However, Defendant also asserts that he denies every allegation that is not expressly admitted herein.

### I. PARTIES

2. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraph 1 and therefore denies the same.

3. As to the averments in Paragraph 2, Defendant admits that he is a movement officer at New Castle Correctional Facility, but Defendant denies the remaining averments pertaining to him. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the remaining averments in Paragraph 2 and therefore denies the same.

## II. JURISDICTION

4. Defendant admits that the Court has jurisdiction over this case.

## III. BASIS FOR CLAIMS

5. Defendant denies that Plaintiff is entitled to relief under the First, Sixth, Eighth, and Fourteenth Amendments.

## IV. CLAIMS

6. Plaintiff makes no claims against Defendant in Paragraphs 1 and 3 of the Claims Section.

7. Defendant denies the allegations against Defendant in Paragraph 2 of the Claims Section.

## CLAIM I

8. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraphs 1, 2, 3, 4, 5, 6, 9, 10, 11, 13, 14, and 17 and therefore denies the same.

9. As to the averments in Paragraphs 7, 8, 15, and 18, Defendant denies that GEO Group, Inc. and Jeffrey Wrigley acted improper in any way. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the remaining averments in Paragraphs 7, 8, 15, 18, and 20, and therefore denies the same.

10. As to the averments in Paragraph 12, 16, 19, and 20, Defendant denies that he acted improperly and is liable to Plaintiff.

## CLAIM II

11. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 13, 14, and 17 and therefore denies the same.

12. As to the averments in Paragraphs 9 and 12, Defendant denies that GEO Group, Inc. and Jeffrey Wrigley acted improper in any way.

13. Defendant denies the averments in Paragraphs 13 and 14.

### CLAIM III

14. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18 and therefore denies the same.

15. The averments in Paragraphs 19, 20, and 21 call for legal conclusions to which no responsive pleading is necessary.

### V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

16. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraphs 1 and 2 of the Previous Lawsuits and Administrative Relief section.

### VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

17. Defendant is without knowledge and information sufficient to form an opinion as to the truth of the averments in Paragraph 1 of the Previously Dismissed Actions or Appeals section.

### VII. REQUEST FOR RELIEF

18. Defendant denies that Plaintiff is entitled to the relief stated in the request for relief paragraph.

WHEREFORE, Defendant, Dan Leflore, prays this Court:

    (a) Dismiss Plaintiff's claim, with prejudice;

    (b) Award Defendant costs and fees, including attorneys' fees, for having to defend this action; and

(c) Order a trial by jury.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims for injunctive relief are moot as a result of Plaintiff no longer being incarcerated at the New Castle Correctional Facility.

2. Plaintiff's Amended Complaint is frivolous and fails to state a claim upon which relief can be granted.

3. Plaintiff's Amended Complaint may be barred by the Statute of Limitations.

4. Plaintiff has failed to exhaust all administrative remedies pursuant to 42 U.S.C. § 1997e(a), and therefore Plaintiff's Amended Complaint should be dismissed.

5. Plaintiff's claims for damages for pain and suffering are barred under 42 U.S.C. § 1997e(e) because he has failed to show any physical injury.

6. Plaintiff's claims are barred or diminished by his own contributory or comparative fault.

7. Defendant acted reasonably and in good faith, without malice, within his scope of authority, and not with willful or reckless disregard of any constitutional, statutory, or regulatory right of Plaintiff.

8. Plaintiff's claims may have been caused in whole or in part by people who Defendant had no ability or duty to control.

9. Plaintiff's Amended Complaint may be barred by the doctrines of absolute, qualified, or official immunity.

10. Plaintiff's request for punitive damages are barred or, at minimum, limited.

                                                    s/Bruce B. Paul
                                                    Bruce B. Paul
                                                    Supreme Court No. 25731-10
                                                    E-mail: bpaul@stites.com
                                                    STITES & HARBISON, PLLC
                                                    323 East Court Avenue
                                                    Jeffersonville, IN 47130
                                                    Telephone: (812) 282-7566
                                                    COUNSEL FOR DEFENDANT, MR. LEFLORE

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by United States First Class Mail, postage prepaid, on this 28th day of October, 2010 upon:

Thomas M. James, #98106
Arizona State Prison-Douglas
Mohaue North
P. O. Box 5002
Douglas, AZ 85608


                                                    s/Bruce B. Paul
                                                    Bruce B. Paul